Ada V. Tinsley, Respondent, v. James A. Smith, Patrick Skelly and Others, Appellants.— Motion for resettlement of order denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

George W. Woods, Respondent, v. Edward Leber, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

The People of the State of New York, Respondent, v. Charles Schang, Appellant.— Judgment of conviction affirmed. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Israel J. Rosenstein, Respondent, v. John F. Nelson, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Rich and Miller, JJ., concurred.

Anna E. Spaeth, Respondent, v. Manhattan Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Rich and Miller, JJ.

Charles P. Burke, Appellant, v. Patrick O'Brien, Individually and as Executor, etc., and Others, Respondents. George W. O'Brien, Appellant.— Motion denied and stay vacated. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Ida Clare, Respondent, v. New York City Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

James J. Clare, Respondent, v. New York City Railway Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

The Department of Health of the City of New York, Respondent, v. Hecker-Jones-Jewell Milling Company, Appellant.— Judgment of the Municipal Court affirmed, with costs, on the authority of *City of Brooklyn* v. *Nassau Electric R. R. Co.* (44 App. Div. 462) and *City of New York* v. *Johns-Manville Co.* (89 id. 449). Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Henry M. Flinn, Respondent, v. The American Engine Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker and Miller, JJ., concurred; Rich, J., dissented.

Solomon Goldenberg, Appellant, v. Jacob Zirinsky, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Caroline A. Jones, Respondent, v. Carsten Offerman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Jarvis A. Lattin, Suing as James A. Lattin, Respondent, v. Edith E. Saitta, Appellant, Impleaded with Frank C. McLain and Another, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

George E. Lovett, Respondent, v. Grace E. Lovett, Appellant.— Motion to dismiss appeal granted. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Deeb Lutfy, Appellant, v. Shakir Nasser and Others, Respondents.— Motion for reargument denied, with costs, and stay vacated. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

William A. Lyon and J. Crawford Lyon, Respondents, v. Edward I. Townsend and Charles G. Townsend, Appellants. Order of the County Court of Rockland county modified by deducting the sum of twenty dollars, disallowed by the county clerk and restored by the County Court, and as modified affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

James Maguire and Another, Respondents, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs, on reargument. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the Appointment of Three Commissioners, etc. Brooklyn and Manhattan Loop Lines, Brooklyn Sections.— Report confirmed and order signed. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.